IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REGINALD TURNER**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:08-CV-0565-L** |
| | § | |
| **PARKLAND HOSPITAL,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed May 20, 2008. No objections were filed.

This is a *pro se* civil rights action. The magistrate judge determined that the case should be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiff's failure to provide the court with his current address. Although Plaintiff did update the court with one address change, the questionnaire to sent to him by the court was returned by the post office as "no longer at this address."

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **dismisses without prejudice** Plaintiff's complaint pursuant to Rule 41(b) for failure to comply with a court order.

**It is so ordered** this 23rd day of June, 2008.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page